CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Attorneys for Movant-Defendant Goldman, Sachs & Co.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re:                                                       :
                                                             :
ENRON CREDITORS RECOVERY CORP., et al.,                      :   Chapter 11
                                                             :
                        Reorganized Debtors.                 :   Case No. 01-16034 (AJG)
                                                             :
                                                             :   (Jointly Administered)
------------------------------------------------------------ X
ENRON CORP.,                                                 :
                        Plaintiff,                           :
                                                             :
            v.                                               :
                                                             :   Adv. No. 03-92677 (AJG)
J.P. MORGAN SECURITIES, INC., et al.,                        :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ X
ENRON CORP.,                                                 :
                        Plaintiff,                           :
                                                             :
            v.                                               :
                                                             :   Adv. No. 03-92682 (AJG)
MASS MUTUAL LIFE INSURANCE CO., et al.,                      :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ X

**DISCLOSURE STATEMENT**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Goldman, Sachs & Co., through its undersigned attorneys, states that it is not a corporation and is a New York limited partnership. The Goldman Sachs Group, Inc. owns more than 10% of the general and limited partnership interests in Goldman, Sachs & Co.

Dated: November 21, 2007
      New York, New York

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By _____
                Max Gitter
                Thomas J. Moloney
                Lindsee P. Granfield
                One Liberty Plaza
                New York, New York 10006
                (212) 225-2000
                (212) 225-2999 (fax)

                Attorneys for Goldman, Sachs & Co.