UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ENRON CORP.,

      Plaintiff,

- against -

GOLDMAN, SACHS & CO.,

      Defendant.

------------------------------------------------------------ X

------------------------------------------------------------ X

ENRON CREDITORS RECOVERY CORP.,

      Plaintiff,

- against -

GOLDMAN, SACHS & CO.,

      Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

**ORDER**

07 Civ. 10527 (SAS)

07 Civ. 10530 (Unassigned)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Clerk of the Court is hereby directed to file the Declaration of Thomas Moloney (document #2) under seal and to remove this document from all public dockets and files. Defendant shall submit a redacted copy of this declaration for inclusion in the public record no later than Monday, December 3, 2007.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         November 27, 2007

- Appearances -

**For Plaintiff Enron Corp.:**

Colleen M. Mallon, Esq.
Venable LLP
1800 Mercantile Bank & Trust Bldg.,
Two Hopkins Plaza
Baltimore, MD 21201
(410) 244-7400

**For Plaintiff Enron Creditors Recovery Corp.:**

Frank A. Oswald, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000

**For Defendant:**

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York, NY 10006
(212) 225-2000