UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re: | : | 07 Civ. 10527 (SAS) |
| ENRON CREDITORS RECOVERY CORP., et al., | : | Chapter 11 |
| Reorganized Debtors. | : | Case No. 01-16034 (AJG) |
| | : | (Jointly Administered) |

------------------------------------------------------------------------ X

| | | |
|---|---|---|
| ENRON CORP., | : | |
| Plaintiff, | : | CERTIFICATE OF SERVICE |
| v. | : | |
| J.P. MORGAN SECURITIES, INC., et al., | : | |
| Defendants. | : | Adv. No. 03-92677 (AJG) |

------------------------------------------------------------------------ X

| | | |
|---|---|---|
| ENRON CORP., | : | |
| Plaintiff, | : | Adv No. 03-92682 (AJG) |
| v. | : | |
| MASS MUTUAL LIFE INSURANCE CO., et al., | : | |
| Defendants. | : | |

------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice before the courts of the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for defendant Goldman, Sachs & Co. in this action, hereby certify that:

       1. On the 21st day of November 2007, the Motion of Goldman, Sachs & Co. to Withdraw the Reference of the Above-Captioned Adversary Proceedings to the Bankruptcy Court, dated November 21, 2007, the Memorandum of Law in Support of Goldman, Sachs & Co.'s Motion to Withdraw the Reference to the Above-Captioned Adversary Proceedings to the Bankruptcy Court, dated November 21, 2007 and the Declaration of Thomas J. Moloney in

Support of Defendant Goldman, Sachs & Co.'s Motion to Withdraw the Reference of the Above-Captioned Adversary Proceedings to the Bankruptcy Court, with Exhibits 1 through 8, dated November 21, 2007, the Individual Rules and Procedures of Judge Shira A. Scheindlin, the 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing and the Procedures for Electronic Case Filing were served by Federal Express upon:

>Michael Schatzow, Esq.
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, MD  21201
>
>Howard Magaliff
>Togut Segal & Segal LLP
>One Penn Plaza – Suite 3335
>New York, NY  10119

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
        November 26 2007

                                                      s /Richard V. Conza
                                                      Richard V. Conza