UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X

ENRON CORP.,

          Plaintiff,

   - against -

GOLDMAN SACHS & CO.,

          Defendant.

———————————————————— X

———————————————————— X

ENRON CREDITORS RECOVERY
CORP.,

          Plaintiff,

   - against -

GOLDMAN SACHS & CO.,

          Defendant.

———————————————————— X

**ORDER**

07 Civ. 10527 (SAS)

**ORDER**

07 Civ. 10530 (SAS)

USDC SDNY

11/30/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties are hereby ordered to submit promptly to this Court a proposed briefing schedule with regard to defendant's motions to withdraw the bankruptcy reference.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           November 30, 2007

## - Appearances -

**For Plaintiff Enron:**

Colleen M. Mallon, Esq.
Michael Schatzow, Esq.
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

**For Plaintiff Enron Creditors Recovery Corp.:**

Frank A. Oswald, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000

**For Defendant:**

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2000