VENABLE LLP
Special Litigation Counsel for Enron Creditors Recovery Corp., et al.
Reorganized Debtors
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland  21201
(410) 244-7400
Michael Schatzow (MS-3109)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                                   :

ENRON CORP.,                                           :

                       Plaintiff,                               :

               - against -                        :      07 Civ. 10527 (SAS)

GOLDMAN SACHS & CO.,                  :

                      Defendant.              :
------------------------------------------------------------x

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that Venable LLP appears herein as counsel for Enron Creditors Recovery Corp., f/k/a Enron Corp., and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

-2-

        Michael Schatzow, Esq.
        Venable LLP
        1800 Mercantile Bank & Trust Building
        Two Hopkins Plaza
        Baltimore, Maryland 21201
        Tel:  410-244-7400
        Fax:  410-244-7442
        E-mail:  mschatzow@venable.com


Dated:  Baltimore, Maryland
       December 4, 2007

        VENABLE LLP

           /s/ Michael Schatzow
        Michael Schatzow (MS-3109)
        1800 Mercantile Bank & Trust Building
        Two Hopkins Plaza
        Baltimore, Maryland  21201
        (410) 244-7400
        (410) 244-7742 - fax
        *Special Litigation Counsel for Enron*
        *Creditors Recovery Corp.*

BA2/330422

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 4th day of December 2007, a copy of the foregoing Notice of Appearance of Counsel and Request for Service of Papers was served via electronic and regular mail on Thomas J. Moloney, Esq., counsel for Goldman, Sachs & Co., at the following address:

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
212 225-2460
tmoloney@cgsh.com

      /s/ Michael Schatzow
Michael Schatzow

BA2/330422