UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ENRON CORP.,                                        :
                                                    :   **ORDER**
             Plaintiff,                    :
                                                    :   07 Civ. 10527 (SAS)
       - against -                             :
                                                    :
GOLDMAN, SACHS & CO.,                               :
                                                    :
             Defendant.                    :
------------------------------------------------------------x

## ORDER GRANTING *PRO HAC VICE* ADMISSION

Having considered the request for *Pro Hac Vice* Admission of Colleen M. Mallon, Esq., it is hereby

ORDERED, that Colleen M. Mallon, Esq. is admitted *pro hac vice* for the limited purpose of appearing as counsel for the Plaintiff, Enron Creditors Recovery Corp., f/k/a Enron Corp., in the above-captioned matter.

                                                      Shira A. Scheindlin,
                                                      U.S.D.J.

Dated: New York, New York
       Dec 18, 2007