UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ENRON CORP.,

                Plaintiff,

      - against -

GOLDMAN, SACHS & CO.,

                Defendant.
------------------------------------------------------------x

**ORDER**

07 Civ. 10527 (SAS)

## ORDER GRANTING *PRO HAC VICE* ADMISSION

Having considered the request for *Pro Hac Vice* Admission of Robert L. Wilkins, Esq., it is hereby

ORDERED, that Robert L. Wilkins, Esq. is admitted *pro hac vice* for the limited purpose of appearing as counsel for the Plaintiff, Enron Creditors Recovery Corp., f/k/a Enron Corp., in the above-captioned matter.

                                              Shira A. Scheindlin,
                                              U.S.D.J.

Dated: New York, New York
         Dec. 18, 2007