UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
ENRON CORP.,                                    :
                                                :   **ORDER**
                      Plaintiff,                :
                                                :   07 Civ. 10527 (SAS)
            - against -                         :
                                                :
GOLDMAN, SACHS & CO.,                           :
                                                :
                      Defendant.                :
------------------------------------------------------------x

### ORDER GRANTING *PRO HAC VICE* ADMISSION

Having considered the request for *Pro Hac Vice* Admission of Mitchell Y. Mirviss, Esq., it is hereby

ORDERED, that Mitchell Y. Mirviss, Esq. is admitted *pro hac vice* for the limited purpose of appearing as counsel for the Plaintiff, Enron Creditors Recovery Corp., f/k/a Enron Corp., in the above-captioned matter.

_____
Shira A. Scheindlin,
U.S.D.J.

Dated: New York, New York
       Dec 18, 2007

2