CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Attorneys for Defendant Goldman, Sachs & Co.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
In re:                                                              :

ENRON CREDITORS RECOVERY CORP., et al.,       :

        Reorganized Debtors.              :

------------------------------------------------------------------- X
ENRON CORP.,                                                        :
        Plaintiff-Respondent,
                                                    :
     v.
                                                    :     Civ. No. 07-10527 (SAS)

GOLDMAN SACHS & CO.,                                                :
        Defendant-Petitioner.
------------------------------------------------------------------- X
ENRON CORP.,                                                        :
        Plaintiff-Respondent,
                                                    :
     v.
                                                    :     Civ. No. 07-10530 (SAS)

GOLDMAN SACHS & CO.,                                                :     **CERTIFICATE OF**
                                                        :     **SERVICE**
        Defendant-Petitioner.
------------------------------------------------------------------- X

        I, Richard V. Conza, an attorney admitted to practice before the courts of the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 4th day of January 2008, the Reply Memorandum of Law in Support of Goldman, Sachs & Co.'s Motion to Withdraw the Reference of the Adversary Proceedings to the

Bankruptcy Court, dated January 4, 2008 and the Declaration of Avram E. Luft in Support of the Reply Memorandum in Support of Goldman Sachs & Co.'s Motion to Withdraw the Reference of the Adversary Proceeding to the Bankruptcy Court, dated January 4, 2008 and including Exhibits 1 through 7 are being served by hand, by Federal Express and by e-mail, as indicated, upon:

**BY HAND**

Togut, Segal & Segal LLP
Howard Magaliff
One Penn Plaza - Suite 3335
New York, NY  10119

**BY FEDERAL EXPRESS**

Venable LLP
Michael Schatzow
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21202

**BY E-MAIL**

MSchatzow@Venable.com, RLWilkins@Venable.com, frankoswald@teamtogut.com, hmagaliff@teamtogut.com, cmmallon@venable.com, MKMadden@Venable.com, bmaddox@venable.com, smcgrath@teamtogut.com

Dated:  New York, New York
        January 4, 2008

                                                      s/Richard V. Conza
                                                      Richard V. Conza