| | |
|---|---|
| VENABLE LLP<br>Special Litigation Counsel for Enron Creditors<br>Recovery Corp., Reorganized Debtor<br>1800 Mercantile Bank & Trust Building<br>Two Hopkins Plaza<br>Baltimore, Maryland 21201<br>(410) 244-7400<br>Richard L. Wasserman (RW-8696)<br>Michael Schatzow (MS-3109) | TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Co-Counsel for Enron Creditors<br>Recovery Corp., Reorganized Debtor<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Frank A. Oswald (FAO-1223)<br>Howard P. Magaliff (HPM-2189) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ENRON CORP.,
          Plaintiff,

v.                                              07 CIV. 10527 (SAS)

GOLDMAN SACHS & CO.,
          Defendant.
------------------------------------------------------------x
ENRON CREDITORS RECOVERY CORP.,
          Plaintiff,

v.                                              07 CIV. 10530 (SAS)

GOLDMAN SACHS & CO.,
          Defendant.
------------------------------------------------------------x

**To: Attorney Admission Clerk and All Other Parties**

        **PURSUANT TO LOCAL RULE 1.3 OF THIS COURT,** please take notice of the

following attorney information for:

Michael Schatzow (MS-3109)

Effective February 22, 2008, the New York office of Venable LLP will relocate. The new address will be as follows:

> Venable LLP
> Rockefeller Center
> 1270 Avenue of the Americas
> 25th Floor
> New York, New York 10020

All other contact information will remain the same.

Dated: February 20, 2008
New York, New York

                         Respectfully submitted,

                         */s/ Robert L. Wilkins*

                         Richard L. Wasserman (RW-8696)
                         Michael Schatzow (MS-3109)
                         Robert L. Wilkins (*pro hac vice*)
                         1800 Mercantile Bank & Trust Building
                         Two Hopkins Plaza
                         Baltimore, Maryland 21201
                         (410) 244-7400

                         Special Litigation Counsel for
                         Enron Creditors Recovery Corp. et al.,
                         Reorganized Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2008, I caused a copy of the NOTICE OF CHANGE OF ADDRESS to be delivered by electronic notice to all defense counsel.

Brian Maddox